UNITED STATES of America, Plaintiff–Appellee,

v.

David J. PINGLEY, Defendant–Appellant.

No. 01–6809.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

David J. Pingley, pro se. Sherry L. Muncy, Elkins, WV, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

David J. Pingley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See United States v. Pingley,* No. CR–94–39 (N.D.W.Va. Mar. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

John M. RICKS, Petitioner–Appellant,

v.

Michael A. LANSING, Respondent–Appellee.

No. 01–6859.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

John M. Ricks, pro se. Richard Parker, Rachel Celia Ballow, Office of the United States Attorney, Alexandria, VA, for appellee.

Before WILLIAMS, MICHAEL and MOTZ, Circuit Judges.

PER CURIAM.

John M. Ricks appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ricks v. Lansing,* No. CA–01–119–AM (E.D.Va. Apr. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*